# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jack A. Kipka, | Civil No. 12-1695 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Bremer Bank, National Association, a National banking association, Anastasi & Associates, P.A., Garth Gavenda, | |
| Defendants. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  July 16, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
